

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

IN THE MATTER OF THE APPLICATION )
OF THE UNITED STATES OF AMERICA )
FOR AUTHORIZATION TO SEARCH THE )    3:19-MJ-1051
RESIDENCES OF 800 WASHBURN STREET, )
KNOXVILLE, TN 37919; 200 EAST QUINCY )    **(UNDER SEAL)**
AVENUE, KNOXVILLE, TN 37917; AND )
618 MIDLAKE DRIVE, KNOXVILLE, TN 37918 )

## SEALING ORDER

Upon motion of the United States of America and for good cause shown,

**IT IS HEREBY ORDERED** that the Application for a Search Warrant, Affidavit in

support, Search Warrant, this Motion to Seal, and the Sealing Order filed in the above-styled case

shall be sealed and maintained in the custody of the Clerk of the Court for one hundred-eighty

(180) days from the date of the Order.

Enter this 19th day of April, 2019.

_____
Debra C. Poplin
UNITED STATES MAGISTRATE JUDGE