# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: THE RESIDENCES AT 800 WASHBURN AVENUE, KNOXVILLE 37919; 200 EAST QUINCY AVENUE, KNOXVILLE, TN 37917; AND THE REAR WEST APARTMENT AT 618 MIDLAKE DRIVE, KNOXVILLE, TN 37918. | Case No. 3:19-MJ-1051 |

FILED
MAY 0 3 2019
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## MOTION TO UNSEAL SEARCH WARRANT DOCUMENTS

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby requests that the search warrant application, affidavit, order, and warrant in case number 3:19-MJ-1051 be unsealed. The warrant has been executed and the reasons for sealing the aforementioned documents no longer apply to the documents.

Respectfully submitted this 29th day of April, 2019.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: *[signature]*
Brent Jones
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Brent.Jones@usdoj.gov
(865) 545-4167